UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

STEPHANE SIANTOU,                         §
                                          §
            Plaintiff,                    §
                                          §
v.                                        §        CIVIL NO. SA-24-CV-721-OLG
                                          §
SAFECO INSURANCE COMPANY                  §
OF AMERICA,                               §
                                          §
            Defendant.                    §

## O R D E R

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (the "Report") (Dkt. No. 32), filed on February 23, 2026, that Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Third Amended Complaint (Dkt. No. 21) be granted in part and denied in part. No party filed objections to the Report.

When no party objects to a magistrate judge's report and recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's report and recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Report and is of the opinion that it is correct. Accordingly, the Report (Dkt. No. 32) is **ACCEPTED** and, for the reasons set forth therein, the Motion (Dkt. No. 21) is **GRANTED IN PART** and **DENIED IN PART** in that all of Plaintiff's claims— except for his breach of contract and promissory estoppel claims—are **DISMISSED WITH PREJUDICE** as described in the Report.

2

**IT IS SO ORDERED.**

**SIGNED** on March __24__, 2026.

_____
ORLANDO L. GARCIA
United States District Judge